IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pawlak, Laurel A

Printed: 12/28/07

Case Number: 07 B 08476
Judge: Hollis, Pamela S
Filed: 5/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 462.00 |  |
| Secured: |  | 159.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 278.04 |
| Trustee Fee: |  | 24.96 |
| Other Funds: |  | 0.00 |
| Totals: | 462.00 | 462.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Konstantine T Sparagis | Administrative | 2,829.00 | 278.04 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Beneficial | Secured | 1,000.00 | 159.00 |
| 4. | Emerald Finance | Secured | 4,182.00 | 0.00 |
| 5. | Sterling Estates | Priority | 2,425.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 4.66 | 0.00 |
| 7. | Vativ Recovery Solutions LLC | Unsecured | 89.99 | 0.00 |
| 8. | T Mobile USA | Unsecured | 2.31 | 0.00 |
| 9. | Sterling Estates | Unsecured | 0.00 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 7.15 | 0.00 |
| 11. | High Tech Medical | Unsecured | 17.65 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 52.65 | 0.00 |
| 13. | Nicor Gas | Unsecured | 40.00 | 0.00 |
| 14. | ALC Laboratories | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Collectech Systems | Unsecured |  | No Claim Filed |
| 17. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 18. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 19. | Midland Orthopedic Association | Unsecured |  | No Claim Filed |
| 20. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 21. | North American Credit Inc | Unsecured |  | No Claim Filed |
| 22. | Rush University Medical Center | Unsecured |  | No Claim Filed |
| 23. | Midwest Orthopedics At Rush | Unsecured |  | No Claim Filed |
| 24. | Penn Credit Corp | Unsecured |  | No Claim Filed |
| 25. | The Office Of SC & Assoc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pawlak, Laurel A

Printed:  12/28/07

Case Number:  07 B 08476
Judge:  Hollis, Pamela S
Filed:  5/9/07

                                        $ 10,650.41       $ 437.04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.96 |
| | $ 24.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_